JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS COPELIN. et al., | Case No. CV 24-10262 PA (JCx) |
| Plaintiff(s), | JUDGMENT OF DISMISSAL |
| v. | |
| THE OLD POINT NATIONAL BANK OF PHOEBUS, | |
| Defendant. | |

In accordance with the Court's January 24, 2025 Minute Order dismissing this action for failure to prosecute and failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: January 24, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE